IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 NOV 18  PM 12 14

STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK KANE SEHNERT,<br><br>Defendant. | No. ___15 CR 225-J___<br><br>**Ct. 1:**  21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>(Distribution of Methamphetamine)<br><br>**Ct. 2:**  21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>(Possess with Intent to Distribute<br>Methamphetamine)<br><br>**Ct. 3:**  18 U.S.C. § 924(c)(1)(A)<br>(Carrying a Firearm During and In Relation To<br>A Drug Trafficking Crime) |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about June 16, 2015, in the District of Wyoming, the Defendant, **ERIK KANE**

**SEHNERT,** did knowingly, intentionally, and unlawfully distribute a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### COUNT TWO

On or about October 18, 2015, in the District of Wyoming, the Defendant, **ERIK KANE**

**SEHNERT,** did knowingly, intentionally, and unlawfully possess with intent to distribute a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about October 18, 2015, in the District of Wyoming, the Defendant, **ERIK KANE SEHNERT,** did knowingly carry a firearm during and in relation to a federal drug trafficking crime, namely, possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), as more fully alleged in Count Two of this Indictment.

In violation of 18 U.S.C. § 924(c)(1)(A).

A TRUE BILL:

_Ink Signature on File in Clerk's Office_
FOREPERSON

CHRISTOPHER A. CROFTS
United States Attorney

2

## PENALTY SUMMARY

**DEFENDANT NAME:**      ERIK KANE SEHNERT

**DATE:**      November 17, 2015

**INTERPRETER NEEDED:**      No

**PLACE OF TRIAL:**      The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:

**Casper**

**VICTIM(S):**      No

**OFFENSE/PENALTIES:**

**Count One:**      **21 U.S.C. §§ 841(a)(1) and (b)(1)(C)**
*(Distribution of Methamphetamine)*
0-20 Years Imprisonment
$1,000,000 Fine
Nlt 3 Years To Life Supervised Release
$100 Special Assessment

**Count Two:**      **21 U.S.C. §§ 841(a)(1) and (b)(1)(C)**
*(Possess with Intent to Distribute Methamphetamine)*
0-20 Years Imprisonment
$1,000,000 Fine
Nlt 3 Years To Life Supervised Release
$100 Special Assessment

**Count Three:**      **18 U.S.C. §§ 924(c)(1)(A)**
*(Carrying a Firearm During and In Relation to a Drug Trafficking Crime)*
Nlt 5 Years To Life Consecutive Imprisonment
$250,000 Fine
Nmt 5 Years Supervised Release
$100 Special Assessment

**TOTALS:**      5 Years to Life Imprisonment
$6,250,000 Fine
Nlt 5 Years To Life Consecutive Imprisonment
$300 Special Assessment

**PENALTY SUMMARY**
**ERIK KANE  SEHNERT**
Page 2


**AGENT:**                                            Phillip Johnson, DCI


**AUSA:**                                             Stephanie I. Sprecher, Assistant United States Attorney


**ESTIMATED TIME OF**                                 1 to 5 days
**TRIAL:**


**WILL THE GOVERNMENT**
**SEEK DETENTION IN THIS**                            Yes
**CASE:**


**ARE THERE DETAINERS**
**FROM OTHER**                                        No
**JURISDICTIONS:**