UNITED STATES MAGISTRATE COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  15CR225J |
| | ) | |
| | ) | |
| ERIK KANE SEHNERT, | ) | |
| Defendant. | ) | |

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT**

The Court having considered the Government's Motion for Detention Hearing, hereby FINDS AND ORDERS:

the defendant shall be held in custody of the United States Marshal Service, or any other authorized law enforcement officer, and produced for the Arraignment/Detention Hearing to be set by the court.

**DATED** this  14th day of  December, 2015.

R. Michael Shickich
United States Magistrate Judge