IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                 Plaintiff,<br><br>                    vs.<br><br>ERIK KANE SEHNERT<br>                 Defendant. | Case No.  15CR225J |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held in this matter.  The Court finds that the following facts require the detention of Defendant pending trial.

**Part I Findings of Fact**

(1)   There is probable cause to believe te Defendant has committed an offense.

   ■Defendant has been charged by indictment with a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Distribution of Methamphetamine)(1) 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Possess with Intent to Distribute Methamphetamine); 18 U.S.C. § 924(c)(1)(A) (Carrying a Firearm During and In Relation To A Drug Trafficking Crime)

(2)   There is a serious risk the Defendant will endanger the safety of himself, another person, or the community.

**Part II - Written Statement of Reasons for Detention**

Upon hearing the facts and reviewing the Pretrial Services Bond Report, the Court finds, by clear and convincing evidence, that the Defendant shall be detained.  The Court bases its findings on the following:  (1) Defendant does not contest detention at this time (inpatient treatment pending).

**Part III - Directions Regarding Detention**

The Defendant is committed to the custody of the Attorney General or his designated representative for the confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being in custody pending appeal.   The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court appearance.

     December 16, 2015

          *Date*                                                              *R. Michael Shickich*
                                                                              *United States Magistrate Judge*